UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES,<br><br>                         Plaintiff,<br><br>       -against-<br><br>AMERICAN WEB CODERS; SILICON GRAPHICS,<br><br>                         Defendants. | 1:23-CV-6448 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 12, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 12, 2024
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge